IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00592-PAB
Civil Action No. 12-cv-02036-PAB

UNITED STATES OF AMERICA,

v.

OBED T. AFRASA,

    Movant.

___

# FINAL JUDGMENT
___

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Philip A. Brimmer, U.S. District Judge, the following Final Judgment is hereby entered:

It is ORDERED as follows:

1. That the 28 U.S.C. § 2255 Motion, Docket No. 34, filed August 2, 2012, is DENIED; and

2. That the corresponding civil action is dismissed.

Dated at Denver, Colorado this   13th   day of August 2012.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By:  s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk